SEALED

E-FILED
Tuesday, 07 April, 2026 02:30:09 PM
Clerk, U.S. District Court, ILCD



**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

APR 07 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-CR-20020 |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1), 924(c) & (j)(1), |
| | ) | 1951(a), and 1111 |
| JULIUS BURKES, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
**(Obstruction of Commerce by Robbery)**

**THE GRAND JURY CHARGES**:

1.      At all times material to this Indictment, The Line was a bar located at 17969 Illinois State Route 114, Momence, Illinois, that was engaged in interstate commerce and an industry which affects interstate commerce.

2.      On or about February 2, 2026, in Kankakee County, in the Central District of Illinois,

**JULIUS BURKES,**

defendant herein, did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **JULIUS BURKES**, did unlawfully take and obtain personal property consisting of United States currency from the person of and in the presence of C.D., owner of The Line, against her will, by means of actual and

threatened force, violence, and fear of injury, immediate and future, to C.D.'s person by threatening serious physical injury to her.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### (Murder)

**THE GRAND JURY CHARGES:**

On or about February 2, 2026, in Kankakee County, in the Central District of Illinois,

### JULIUS BURKES,

defendant herein, did knowingly discharge, brandish, carry and use a firearm, that is, a Ruger .380 caliber LCP II handgun, during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, obstruction of commerce by robbery, as charged in Count One, and in the course of this violation of Title 18, United States Code, Section 1951(a), caused the death of C.D. through the use and discharge of a firearm, and the killing was murder, that is, the unlawful killing of a human being with malice aforethought, and was committed in the perpetration of a robbery.

In violation of Title 18, United States Code, Sections 924(c) & (j)(1), and 1111(a).

## COUNT 3
### (Possession of Firearm and Ammunition by a Felon)

**THE GRAND JURY CHARGES:**

On or about February 2, 2026, in Kankakee County, in the Central District of Illinois,

### JULIUS BURKES,

2

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Ruger .380 caliber LCP II handgun and .380 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF SPECIAL FINDINGS

**THE GRAND JURY CHARGES**:

1.      The allegations of Count 2 of this Indictment are hereby realleged and incorporated herein by reference.

2.      As to Count 2 of this Indictment,

### JULIUS BURKES,

defendant herein:

        a.      Was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

        b.      Intentionally killed the victim C.D. (18 U.S.C. § 3591(a)(2)(A));

        c.      Intentionally inflicted serious bodily injury that resulted in the death of the victim C.D. (18 U.S.C. § 3591(a)(2)(B));

        d.      Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim C.D. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

3

e.  Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim C.D. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

3.  As to Count 2 of this Indictment:

a.  **JULIUS BURKES** has been previously convicted of a Federal or State Offense punishable by imprisonment for a term of more than one year, involving the use or attempted use of a firearm (as defined in section 921) against another person (18 U.S.C. § 3592(c)(2));

b.  **JULIUS BURKES** has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute (18 U.S.C. § 3592(c)(3)).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

A TRUE BILL.
s/ Redacted

_____
FOREPERSON

s/ Redacted

_____
GREGORY M. GILMORE
Acting United States Attorney
BDF

4