E-FILED
Friday, 17 April, 2026  01:11:28 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　**Plaintiff,**<br><br>**v.**<br><br>**JULIUS BURKES,**<br>　　**Defendant.** | **Case No. 26-cr-20020** |

### ORDER OF DETENTION

The Defendant appeared before this Court for a detention hearing on April 17, 2026. The Government moved to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(B) as the case involves an offense for which the maximum sentence is life imprisonment or death.

Defendant, through counsel, indicated to the Court that Defendant intended to waive the right to a detention hearing. The Court advised Defendant of the right to a hearing, and Defendant waived the hearing. The Court finds the waiver to be knowing and voluntary, and thereby orders that Defendant be DETAINED.

Pursuant to 18 U.S.C. § 3142, Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in custody until a detention hearing, if any, is held.

Pursuant to 18 U.S.C. § 3142(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections

facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

ENTERED: April 17, 2026

s/ Eric I. Long
U.S. MAGISTRATE JUDGE