E-FILED
Friday, 17 April, 2026  03:47:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cr-20020 |
| | ) | |
| vs. | ) | |
| | ) | |
| JULIUS BURKES, | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Andrea D. Jaeger of Keegan, Tindal & Jaeger, and enters her appearance

on behalf of Defendant Julius Burkes.

Respectfully submitted,

/s/ Andrea D. Jaeger
Andrea D. Jaeger
Keegan, Tindal & Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on April 17, 2026, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

/s/ Andrea D. Jaeger