E-FILED
Tuesday, 05 May, 2026  11:12:09 AM
Clerk, U.S. District Court, ILCD

# CAPITAL LITIGATION CURRICUMLUM VITAE

## David Bruns, J.D.

### CRIMINAL DEFENSE EXPERIENCE

I have represented clients in criminal defense in federal and state courts at all stages of proceedings including conducting approximately 115 jury trials. I have been co-counsel in nine jury-tried cases in which the State of Missouri sought the death penalty. I have acted as "learned counsel" under 18 U.S.C. §3005 for numerous defendants who were charged with death eligible offense in the U.S. District Court for the Eastern District of Missouri, Southern District of Illinois, and Central District of Illinois. I have presented several times to the Department of Justice's Capital Review Committee of which only one client has been "death authorized."

In the beginning of my career, I was employed as a law clerk for the Hon. Judge Robert Dowd Sr. in the Missouri Court of Appeals for the Eastern District. I was then employed as a State of Missouri Special Public Defender from 1990 to 1998 and then in the Missouri State Public Defender Capital Litigation Unit from 1998 to 2001. I entered into private practice in 2001 and have continued to represent indigent defendants as appointed counsel in both Missouri and Illinois.

I have received specialized training and managed experts in the areas of psychiatry, psychology, neuropsychology, ballistics, blood spatter, toxicology, pediatric pathology, jury consulting, and handwriting analysis. I have litigated Motions specifically related to the imposition of the death penalty and utilized mitigation experts. I regularly consult with the Federal Death Penalty Resource Counsel Project as well as the Resource Counsel assigned to the Southern District of Illinois and the Eastern District of Missouri. I have been a member of the CJA Panel for the Eastern District of Missouri since 2001 and the Southern District of Illinois from since 2017. I have been an Adjunct Profession of Trial Advocacy at St. Louis University School of Law and also served Trial Team Coach. I have been an Instructor at the Kessler-Edison Program for Trial Techniques at Emory University, School of Law, Athens Georgia.

### Federal Capital Litigation Experience

*(1) U.S. v. Jones*, 4:25CR00179 CMS
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with two murders related to alleged gang activity. I was appointed as learned counsel and Attorney General Bondi declined to file Notice of Intent to Seek the Death Penalty and the case remains pending.

*(2) U.S. v. Robinson*, 4:24CR00219 HEA
United States District Court, Eastern District of Missouri, St. Louis
Government charged client with being a shooter in a murder-for-hire. I was appointed as learned counsel. Attorney General Garland and Attorney General Bondi declined to file Notice of Intent to Seek the Death Penalty and case remains pending.

EXHIBIT A

*(3) U.S. v. Mosby*, 4:24CR00633 SEP
United States District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a kidnapping. I was appointed as learned counsel and presented to the Capital Review Committee in the fall of 2025. The Attorney General's decision regarding the death penalty remains pending. Mr. Mosby lobbied for alternate counsel and the entire defense team withdrew in March 2026.

*(4) U.S. v. Johann*, 4:23CR00355 SRC
United States District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a robbery. I was appointed as learned counsel. Attorney General Garland and Attorney General Bondi declined to file Notice of Intent to Seek the Death Penalty. Ms. Johann has since pleaded guilty and is awaiting sentencing.

*(5) U.S. v. Hall,* 4:23CR00153 JMD
United States District, Eastern District of Missouri, St. Louis
Government charged client with murder in connection with a drug trafficking crime, distribution of marijuana. I was appointed as learned counsel. Attorney General Garland declined to file Notice of Intent to Seek the Death Penalty. After the installation of Attorney General Bondi, the Capital Review Committee requested to review the case. Counsel presented to the Capital Review Committee in summer 2025 and Attorney General Bondi subsequently filed Notice of Intent. Motion to Dismiss or Strike Death Notice based upon prior No-Seek forthcoming.

*(6) U.S. v. Washington,* 4:23CR00562 HEA
United States District Court, Eastern District of Missouri, St. Louis
Government charged client with being a shooter in a murder-for-hire. I was appointed as learned counsel. Attorney General Garland and Attorney General Biondi declined to file Notice of Intent to Seek the Death Penalty. Case remains pending.

*(7) U.S. v. Love,* 4:23CR00256 SRC
United States District Court, Eastern District of Missouri, St. Louis
Government charged client multiple murders related to drug conspiracy. I was appointed as learned counsel. Attorney General Garland declined to file Notice of Intent to Seek the Death Penalty. After the installation of Attorney General Bondi, the Capital Review Committee requested to revie the case. Counsel presented to the Capital Review Committee in summer 2025 and Attorney General Bondi reaffirmed the prior No-Seek. Case pending sentencing.

*(8) US. v. Marshall,* 2:21CR20040 CSB
U.S. District Court, Central District of Illinois, Champaign-Urbana
Government charged client murder related to a carjacking. I was appointed as learned counsel. Attorney General Garland declined to file Notice of Intent to Seek the Death Penalty. I remained as co-counsel and the case was jury tried in the summer of 2024. Client was convicted of all counts and sentenced to an aggregate term of life.

EXHIBIT A

*(9) U.S. v. Dozier*, 4:22CR00467 JAR
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a car-jacking. I was appointed as learned counsel. Attorney General Garland declined to file Notice of Intent to Seek the Death Penalty. Client subsequently pleaded guilty and received a life equivalent sentence.

*(10) U.S. v. Griffin*, 3:21CR30003 DWD
U.S. District Court, Southern District of Illinois, East St. Louis
Client charged in multi co-defendant RICO conspiracy involving his alleged participation in the "Gangster Disciples" including personally murdering one person and use of a firearm in furtherance. Jury trial conducted from January 23, 2023 – March 6, 2023; guilty all counts, sentenced to an aggregate term of life. Co-counsel continues to represent on direct appeal that remains pending in 7th Circuit Court of Appeals  23-2479.

*(11) U.S. v. Barber*, 4:17CR00526 RLW; 4:19CR00744 HEA
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client two different murder cases related to a carjacking and drug trafficking. The Death Penalty was ultimately not sought. Client pleaded guilty and received a sentence of 22 years.

*(12) U.S. v. Lindsey*, 4:22CR00639 MTS
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a drug trafficking crime. I was appointed as learned counsel. The Death Penalty was ultimately sought and I remained counsel on the case which was jury tried in January 2025. Client was convicted all counts and subsequently received a life sentence. I continue to represent Mr. Lindsey in the 8th Circuit Court of Appeals Cause 25-1956 which remains pending.

*(13) U.S. v. Dees*, 4:22CR00361 HEA
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a car-jacking. I was appointed as learned second counsel. Case was not authorized and court subsequently ordered me to withdraw as second counsel.

*(14) U.S. v. Jones*, 4:20CR00371 SRC
U.S. District Court, Eastern District of Missouri, St. Louis
Government alleged that client abducted and killed a woman in the course of a car-jacking with witnesses present. Case was not authorized and client ultimately pleaded guilty to a joint recommendation of 30 years. District Court went above the recommendation and imposed a sentence of 45 years.

*(15) U.S. v. Burns*, 1:21CR00067 MTS
U.S. District Court, Eastern District of Missouri, Cape Girardeau
Government charged client with murder in the course of a drug trafficking crime. I was appointed as learned second counsel. Case was not authorized and court subsequently

EXHIBIT A

ordered me to withdraw as second counsel. Client ultimately pleaded guilty and received a sentence of 20 years.

*(16) U.S. v. Kent*, 4:21CR00262 SEP (2022)
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with two murders in the course of a drug trafficking crime. I was appointed as learned second counsel. Case was not authorized and court subsequently ordered me to withdraw as second counsel. Client ultimately pleaded guilty and received a sentence of 26 years.

*(17) U.S. v. Castellanos*, 4:22CR00116 SRC (2022)
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with a murder in the course of a drug trafficking crime. I was appointed as learned second counsel. Case was not authorized and court subsequently ordered me to withdraw as second counsel.

*(18) U.S. v. James,* 4:19CR00764 JAR (2021)
U.S. District Court, Eastern District of Missouri, St. Louis
Government alleged that client participated in a car-jacking that resulted in death. Case was not authorized and client ultimately pleaded guilty receiving a sentence of 15 years.

*(19) U.S. v. Grant*, 3:20CR30042 NJR (2021)
U.S. District Court, Southern District of Illinois, East St. Louis
Client was charged with use of a firearm in furtherance of a drug trafficking crime wherein a death resulted of a police officer. The Government elected not to seek the death penalty after extensive negotiations with local U.S. Attorney's Office and extensive mitigation work. Client was ultimately sentenced to 453 months.

*(20) U.S. v. Reasonover*, 4:17CR00597 ERW (2019)
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a drug trafficking crime. Case was not authorized, client pleaded guilty and was sentenced to 20 years.

*(21) U.S. v. Rhodes*, 4:18CR00565 CDP (2019)
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with murder in the course of a drug trafficking crime. I was appointed as learned second counsel. Case was not authorized and court subsequently ordered me to withdraw as second counsel. Client ultimately pleaded guilty and was sentenced to 15 years.

*(22) U.S. v. Wilson*, 4:15CR00441 CDP (2018)
U.S. District Court, Eastern District of Missouri, St. Louis
Government purportedly had evidence that Client had participated in up to seven murders within a drug trafficking scheme. Case was not authorized and client pleaded guilty and received a sentence of 35 years.

EXHIBIT A

*(23) U.S. v. Woodson*, 4:15CR00404 HEA
U.S. District Court, Eastern District of Missouri, St. Louis
Government charged client with two murders in the course of drug conspiracy. Case was not authorized and I subsequently withdrew from representation due to a conflict. Client ultimately pleaded guilty with third substitute counsel and received a 23 year sentence.

*(24) U.S. v. Chambers*, 4:15CR00324 HEA
U.S. District Court, Eastern District of Missouri, St. Louis
Government's allegations included a home invasion in which a murder occurred. Case was not authorized and client pleaded guilty to firearm in furtherance of a drug trafficking crime and received a 10 year sentence.

**Capital Litigation Jury Trial Experience wherein the Death Penalty was Sought at Trial**

*(25)State v. Shockley*, 05C2-CR00080-01 (2009) Carter County, Missouri
Client was charged with murder in the first degree and armed criminal action stemming from the lying-in-wait murder of a Missouri State Highway Patrol Officer. Client was found guilty murder in the first degree by a jury but jury was deadlocked as to punishment. Client was sentenced to death by the judge. After Habeas review, Mr. Shockley was executed by the State of Missouri on October 14, 2025.

*(26)State v. Broyles*, 05N80CR00477-01 (2006) Phelps and Christian County, Missouri
Client was charged in the kidnapping and forcible drug overdose of a former prosecuting attorney. In first trial, jury was selected but unsworn when continuance was granted due to prosecutor's failure to disclose evidence. In second trial, mid-way through the prosecutor's case-in-chief, an offer was extended for a plea of guilty to murder in the second degree and a sentence of 13 years. Client has been released from prison.

*(27)State v. Barton*, 05CA-CR00877 (2006) Cass County, Missouri
Client was charged with home invasion and murder of elderly woman. Case was jury tried in 2006 as a fifth trial after three previous death verdicts and two mistrials. Jury returned guilty verdicts and sentences of death. Mr. Barton was executed by the State of Missouri, May 10, 2020.

*(28) State v. Berringer*, 03CR-170457 (2004) Callaway and Boone County, Missouri
Client was charged with home invasion and murder of grandmother and teenage granddaughter after post-mortem sexual assault. Client received two previous death sentences with alternate counsel. Jury returned verdicts of guilty for murders in the first degree but did not impose the death penalty. Client sentenced to life imprisonment without parole.

*(29)State v. Driscoll*, CR384-21FX (2004) Phelps County, Missouri
Client had received death sentences with prior counsel in two previous jury trials for participation in the murder of a prison guard at Moberly Correctional Center. During

EXHIBIT A

third trial, jury returned verdict for voluntary manslaughter and client was sentenced to maximum punishment of 15 years with credit for time served and released from prison after 20 years on death row.

(30)*State v. Deck*, 23CR196-1084 (2003) Jefferson County, Missouri
Client was charged with two counts of murder in the first degree and various other offenses related to a home invasion. Client was convicted and received the death penalty with alternate counsel in 1998, but sentencing phase was reversed. Represented client on second sentencing phase trial wherein jury returned a verdict for death. Case was reversed by the United States Supreme Court in *Deck v. Missouri*, 544 U.S. 622 (2005) for visible shackling. Sentencing trial proceeded with alternate counsel in 2008 and Mr. Deck received third sentence of death and was executed by the State of Missouri on May 4, 2022.

(31)*State v. Wright*, 45R039800164, (2001) Pike County, Missouri
Client was charged with murder in the first degree wherein the State sought the death penalty. Case was mis-tried during the State's case-in-chief due to jurors making improper comments and re-tried with substitute counsel after my employment with Missouri State Public Defender Capital Litigation Unit ended. Client was ultimately found guilty of murder in the second degree.

(32)*State v. Dunn*, 22981-03868-01 (2000) City of St. Louis, Missouri
Client was charged with murder in the first degree and armed criminal action for murder of elderly woman who was grandmother to his child. The State sought the death penalty but jury returned guilty verdict for lesser-included offense of murder in the second degree. Client was sentenced to life with parole and a consecutive 10 years.

(33)*State v. Seibert*, 25R0597132F (2000) Pulaksi County, Missouri
Client was charged with murder in the first degree for arson fire that killed a seventeen year old living at her trailer. The State sought the death penalty but jury returned verdict of lesser-included offense of murder in the second degree and a life with parole sentence. The case was reversed by the Missouri Supreme Court due to the admission of an un-Mirandized statement that was part of police interrogation techniques. The United States Supreme Court accepted cert to resolve a circuit split and held that law enforcement could not use as "two-step" process to obtain statements. *Missouri v. Siebert*, 542 U.S. 600 (2004). Client later pleaded guilty with other counsel to a sentence of 25 years.

**State Capital Litigation Trial Experience wherein Notice of Intent to Seek Death was filed and then withdrawn prior to disposition**:

(34) *State v. Bevineau*, 001-3315 (2002) City of St. Louis, Missouri
Client was charged in two different cases with murders of women. State sought the death penalty but ultimately withdrew Notice. Client was tried in this case for one murder in the first degree and jury returned verdict for lesser-included offense of murder in the second degree. Client was sentenced to life imprisonment with parole and a consecutive 10 years and second murder case was dismissed.

EXHIBIT A

*(35) State v. Carpenter*, 2291-01048-01 (2003) City of St. Louis, Missouri
Client was charged with murder of two people on separate levels of a house. State filed Notice of Intent to Seek the Death Penalty and withdrew it prior to trial. Client was convicted of murder in the second degree by a jury and sentenced to life in prison with parole.

*(36) State v. Barge*, 2201-01773B (2006) City of St. Louis, Missouri
Client was charged with murder in the first degree and armed criminal action for the murder of a woman who was a State's witness. The State sought the death penalty but was forced to withdraw it after the U.S. Supreme Court's decision in *Roper v. Simmons*, 543 U.S. 551 (2005) that precluded the execution of juveniles. Client was sentenced to life in prison without parole prior to the decision in *Miller v. Alabama*, 567 U.S. 460 (2012).

**Relevant Workshops and Capital Litigation Specific Training**

2025    *Federal Capital Defense Practice*, Federal Public Defender, Eastern District of Missouri, St. Louis, Missouri

2024    *Capital Case Defense Seminar*, California Public Defenders Association and California Attorneys for Criminal Justice, San Diego, California

2024    *Federal Death Penalty Strategy Session*, Federal Death Penalty Project, New Orleans, Louisiana

2020-23 *Federal Death Penalty Strategy Session*, Federal Death Penalty Project, virtual.

2019    *Federal Death Penalty Strategy Session*, Federal Death Penalty Project, Tampa, Florida

2018     *Federal Death Penalty Strategy Session*, Federal Death Penalty Project,

2019    *Federal Death Penalty Primer*, Federal Public Defender, EDMO, St. Louis, Missouri

2005    *Life in the Balance*, National Legal Aid and Defender Association, New Orleans, Louisiana

1999    *Bryan R. Shechmeister Death Penalty College*, Santa Clara, California

**BAR ADMISSIONS AND EDUCATION**

- Missouri Bar Association, admitted 1989
- Illinois Bar Association, admitted 1990

EXHIBIT A

- United States District Court, Eastern District of Missouri, admitted 2000
- United States District Court, Southern District of Illinois, admitted 2017
- United States District Court, Central District of Illinois, *pro hac vice*
- St. Louis University School of Law, J.D. (1989)
- St. Louis University, B.A. (1986)

EXHIBIT A