E-FILED
Friday, 12 June, 2026  03:11:28 PM
Clerk, U.S. District Court, ILCD



# URBANA

## Judge Bruce

**Participants can log into the video hearing using the Zoom application or go to [https://zoom.com/join](https://zoom.com/join) and entering the following Meeting ID: 16051789866. The Court will admit you from the waiting room once the hearing is ready to begin. For those participating by telephone, call (551) 285-1373 and enter the Meeting ID when prompted to do so.**

Video:
Meeting ID:  160 517 89866

Audio Only:
Phone: 551-285-1373, then enter Meeting ID